

Lawrence S. Lustberg

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4731 Fax: 973-639-6285
llustberg@gibbonslaw.com

March 17, 2023

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **In re Extradition of Steven Lee, Mag No. 23-9089**

Dear Judge Waldor:

This Firm represents Respondent Steven Lee in the above-captioned matter. I write jointly with the Government to request a status conference with the Court, at which we propose to discuss with Your Honor matters related to the Government's pending extradition complaint, including a schedule for the anticipated hearing and a pre-hearing briefing. I have consulted with the Government, and we are both available on the afternoon of Wednesday, March 22; the afternoon of Thursday, March 23; the morning of Friday, March 24; and the week of April 3-6. If any of those dates and times are convenient for the Court, or if the Court would prefer an alternative time, please let us know, and I will be happy to coordinate with chambers. We thank the Court for its kind consideration of this request.

Respectfully submitted,

s/ Lawrence S. Lustberg
Lawrence S. Lustberg

cc: Carolyn Silane, Assistant U.S. Attorney (*via ECF*)