Lawrence S. Lustberg, Esq.
Anne M. Collart, Esq.
Christina M. LaBruno, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
*Attorneys for Defendant*
*Steven Lee*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF<br><br>EXTRADITION OF<br><br>STEVEN LEE | Mag. No. 23-9089 (CLW)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE OF<br>CHRISTINA M. LABRUNO, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant Steven Lee in the above-captioned action.  Please serve copies of all papers upon the undersigned attorney at the office and email address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated:  March 23, 2022
Newark, New Jersey

By: s/ Christina M. LaBruno
    Christina M. LaBruno, Esq.
    **GIBBONS P.C.**
    One Gateway Center
    Newark, New Jersey 07102-5310
    Tel:  (973) 596-4475
    Fax:  (973) 639-6390
    clabruno@gibbonslaw.com