

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731
llustberg@gibbonslaw.com

April 6, 2023

**VIA ECF**

Honorable James B. Clark, III
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      **Re:**   *In the Matter of Extradition of Steven Lee*
              **Dkt. No. 2:23-mj-9089 (CLW)**

Dear Judge Clark:

      As Your Honor is aware, this Firm represents Respondent Steven Lee in the above-referenced matter. On March 8, 2023, Mr. Lee was released on bail, subject to certain conditions, pending his extradition hearing. *See* ECF No. 9. Those conditions include that he is confined to his home on electronic monitoring except for certain exceptions. *Id.* at 2. Mr. Lee writes with a very limited request for Court approval to attend weekly (each Sunday) religious services beginning on Easter this weekend.

      Specifically, Mr. Lee has been subject to home incarceration for nearly one month and has not had any infractions, leaving the home only for a medical appointment that was pre-approved by his Pretrial Services Officer. Having demonstrated a period of compliance, Mr. Lee now requests this Court's permission to attend religious services for the upcoming Easter holiday and thereafter, to attend weekly religious services at the same time each week; those services begin at 9:45 a.m. on Sundays and last until approximately 11:15 a.m., and take place at his congregation, Praise Presbyterian Church, located at 15 Cedar Grove Lane, Somerset, NJ 08873-1377. Mr. Lee, who is a man of deep religious faith, has been an active parishioner and regular churchgoer with his wife at Praise Presbyterian for the last six years. The congregation is led by Pastor Noh, and formerly by Pastor Huh, each of whom submitted a letter to the Court and attended Mr. Lee's bail hearing with their spouses in support of him. In their letters of support, copies of which are attached hereto as **Exhibit A**, Mr. Lee's church leaders attested to his dedication to his church community and to the importance of Mr. Lee's faith in his life. Being able to continue to worship and pray in communion with his church community is important to Mr. Lee and his family as he is facing the daunting possibility of extradition from his native home to a country he has not visited for nearly twenty years and whose language he can barely understand, much less speak, half a world away from his wife and two sons.

GIBBONS P.C.

Honorable James B. Clark, III
April 6, 2023
Page 2

      We have consulted with the Assistant U.S. Attorney Carolyn Silane, and the Government has graciously consented to this request. We have also spoken with Mr. Lee's Pretrial Services Officer, Stephen Griggs, and he has advised that he has no objection to the request. Mr. Lee thanks the Court in advance for its consideration of this request, especially on such short notice in advance of the Easter holiday this weekend. A form of order is enclosed for the convenience of the Court should Your Honor determine to grant the request. If the Court has any questions or concerns with regard to this matter, please do not hesitate to contact us.

      Respectfully submitted,

      s/Lawrence S. Lustberg
      Lawrence S. Lustberg

      s/Anne M. Collart
      Anne M. Collart

Enclosures
cc:   Assistant U.S. Attorney Carolyn Silane (via ECF)
      U.S. Pretrial Services Officer Stephen Griggs (via email)

# Exhibit A

 찬양교회 PRAISE PRESBYTERIAN CHURCH    15 Cedar Grove Lane, Somerset, NJ  ▪ Tel. 732-805-4050 ▪ Fax 732-412-7695 ▪ office.ppc@gmail.com

March 4th, 2023

Re: Character Reference Letter – Mr. Steven Lee

Dear Your Honor,

Our names are Sung Hwan No and Bong Kee Huh, and we are the current and former head pastors at Praise Presbyterian Church ("Praise") located in Somerset, NJ. Bong Kee Huh was the head pastor at Praise from 1999 until he retired in March 2022, which is when Sung Hwan No took over as head pastor. The Praise community currently has over 2,000 church members. We are writing in support of Steven Lee, a beloved member of our church community, as he has been actively involved at Praise for the last 6 years. Steven is not just a member who regularly attends weekly worship services, but someone who has committed himself to the service of others and support of his fellow members in our church community. He has built meaningful relationships with young and old and is an integral part of our religious family at the church. Please find below a description of the varying roles he has played during his time at the church.

Youth Group Leader (~4-6 hour weekly commitment for 4 years): Steven initially served as a youth group leader for the first 4 years of his time at Praise. His role included leading a class of ~30 high schoolers every week after services throughout their entire time in high school and reflecting on the weekly Sunday message given by the pastor. Steven took the extra step, however, to develop close relationships with the families of each of his students and check in on them once a week in addition to their regular meetings. Steven wanted to ensure that his students were doing well in the other facets of their life outside of their spiritual pursuits, and to this day many of those students (now in college and close to graduating) come back and are always asking about how Steven is doing. His impact on these families has clearly extended outside of the church, and the Praise community is extremely grateful for his dedication to helping these students excel in all aspects.

College Advisor (~4-6 hour weekly commitment for 6 years): Another important role that Steven fulfills is providing college counseling services to the students at Praise for the past 6 years. For context, many of our students go to nearby high schools that do not offer any form of college counseling, and considering that their parents are Korean immigrants and have no familiarity with the U.S. college system, they are often unsure how to navigate the process. Whether it be helping with college essays or working on picking out the best colleges to apply to, Steven has been there every year to guide these students through the confusing process, which can take many hours for each individual. Many students have approached us post-grad and expressed their gratitude for Steven's help.

Adult Fellowship Group Leader (~3-5 hour weekly commitment for 4 years): Steven also serves as an adult fellowship group leader, meaning that every Sunday after church he leads a discussion with a group of 6-8 adults

 15 Cedar Grove Lane, Somerset, NJ   ▪ Tel. 732-805-4050 ▪ Fax 732-412-7695 ▪ office.ppc@gmail.com

to go over the sermon message. The purpose of the group is to also help integrate new members into the community, and so Steven has helped situate dozens of other adults within the Praise community.

Building Maintenance Committee Head (~5-7 hour weekly commitment for 5 years): Over the years, Steven has become more involved with the church's operations as well. He and his wife volunteered to head our building maintenance efforts, meaning that any and all issues with the building are dealt with by them. For example, a part of the church's roof caved in a year ago and Steven not only worked tirelessly to help fix it with other members of the church, but he also donated all the funds necessary to buy the materials/equipment needed to fix the roof.

Overall, there are very few members as active and dedicated to our church community like Steven is. As pastors, we are beyond grateful for Steven's commitment to giving back and helping everyone he can, especially the youth. And as people who have known Steven now for some time, we can confidently say that he is someone who has made every effort to be as selfless as possible and put others before him.

We hope that this will be helpful as an account of his character, and please reach out to Sung Hwan No at sungnoppc@gmail.com or Bong Kee Huh at bongkhuh@gmail.com if there is any more information we can provide.

Respectfully,

Rev. Sung Hwan No
Senior Pastor
Praise Presbyterian Church

Rev. Bong Kee Huh
Former Senior Pastor
Praise Presbyterian Church

March 5th, 2023

Re: Character Reference Letter – Mr. Steven Lee

Dear Your Honor,

My name is Paul Yang, the head pastor of Pilgrim Mission Church located at 80 Commerce Way Hackensack, NJ 07601. I have known Steven Lee as a pastor and spiritual mentor for about 20 years.

I am writing to appeal for Steven Lee, who has proven himself to be an exceptional individual with his kindness, generosity and faithfulness.

Steven and I have been meeting three to four times a year to share life and provide coaching as he navigates different things in life. Over the course of those meetings, I have been impressed by his honesty and sincerity.

What sets him apart is his unwavering positivity and genuine care for others. He served as a youth group teacher and gave special offering for our church's renovation out of his gratitude for God's grace and serving the congregation. We often talked about how he can further dedicate his life for the young people with various needs.

In a world where negativity and cynicism often prevail, people like Steven are a rare and precious gem, and I treasure and cherish his goodness.

I write this letter of appeal with the utmost confidence in Steven's character and integrity. If you have any questions of what I have mentioned here, please feel free to reach out.

Respectfully,

Dr. Rev. Paul Yang
Pilgrim Mission Church
pcyang@njpmc.org
201-741-9706