UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF<br>EXTRADITION OF<br>STEVEN LEE | Docket No. 2:23-mj-9089 (CLW)<br><br>**CONSENT ORDER** |

**THIS MATTER** having come before the Court upon the application of Respondent Steven Lee, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., and Anne M. Collart, Esq., appearing), and the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Carolyn Silane, Assistant United States Attorney, appearing) having consented to the requests, and for the reasons set forth in Respondent's April 5, 2023 letter to the Court, and for good cause shown,

IT IS on this 6th day of April, 2023,

**ORDERED** that Respondent Steven Lee's conditions of release, as set forth in the March 8, 2023 Order Setting Conditions of Release, ECF No. 9, are hereby modified to permit Respondent Steven Lee to attend weekly religious services at Praise Presbyterian Church, located at 15 Cedar Grove Lane, Somerset, NJ 08873-1377, on Sundays from 9:45 to 11:15 a.m.

Honorable James B. Clark, III
United States Magistrate Judge

| | |
|---|---|
| s/Carolyn Silane | s/Anne M. Collart |
| Carolyn Silane | Anne M. Collart |
| **United States Attorney's Office** | **GIBBONS P.C.** |
| 970 Broad Street, Suite 700 | One Gateway Center |
| Newark, New Jersey 07102 | Newark, New Jersey 07102-5310 |
| Tel.: (973) 645-2700 | Tel.: (973) 596-4500 |
| Dated: April 6, 2023 | Dated: April 6, 2023 |