# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN THE MATTER OF
EXTRADITION OF
STEVEN LEE

Docket No. 2:23-mj-9089 (CLW)

**ORDER**

**THIS MATTER** having come before the Court upon the application of Respondent Steven Lee, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., and Anne M. Collart, Esq., appearing), and the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Carolyn Silane, Assistant United States Attorney, appearing) having opposed the request, and the Office of Pretrial Services (Officer Stephen Griggs) having consented to the request, and for the reasons set forth in Respondent's May 17, 2023 letter to the Court, and for good cause shown,

**IT IS** on this 24th day of May, 2023,

**ORDERED** that upon the provision of his travel itinerary, including hotel accommodations and dinner reservation details, to the Office of Pretrial Services, Respondent Steven Lee's conditions of release, as set forth in the March 8, 2023 Order Setting Conditions of Release, ECF No. 9, and as modified by ECF No. 17, are hereby further modified to permit Respondent Steven Lee to travel to Ithaca, New York between Friday, May 26, 2023 to Sunday, May 28, 2023, in order to attend his son's graduation from Cornell University; and it is further

**ORDERED** that all other conditions of release remain in full force and effect.

Honorable James B. Clark, III
United States Magistrate Judge