UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Hon. Cathy L. Waldor

IN RE: EXTRADITION OF          Mag. No. 23-9089
STEVEN LEE

SCHEDULING ORDER

This matter having come before the Court; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Carolyn Silane, Assistant U.S. Attorney, appearing); and Steven Lee being represented by Lawrence Lustberg, Esq. and Anne Collart, Esq.; and the parties having met and conferred and having agreed on a motion schedule; and the Court having accepted such schedule, and for good cause shown,

It is on this ___ day of July, 2023, ORDERED that:

The following shall be the schedule for motion papers in this matter:

a)  The Government shall file its motion, pursuant to Title 18, United States Code, Section 3184 *et. seq.*, on or before July 31, 2023;

b)  Mr. Lee shall file any response to the Government's motion on or before September 15, 2023;

c)  The Government shall file any reply on or before September 30, 2023;

     d)    Oral argument on the motion shall be held on a date to be determined by the Court.


                                      s/Cathy L. Waldor 7/13/23

                                      Honorable Cathy L. Waldor
                                      United States Magistrate Judge