

Anne M. Collart

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4737 Fax: 973-639-8389
acollart@gibbonslaw.com

September 11, 2023

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    **In re Extradition of Steven Lee, Mag No. 23-9089**

Dear Judge Waldor:

    This Firm represents Respondent Steven Lee in the above-captioned matter, which is currently pending before Your Honor. Pursuant to the current scheduling order, ECF No. 21, Mr. Lee's response to the Government's motion pursuant to 18 U.S.C. § 3184, *et seq.*, is due on or before September 15, 2023. I write, with the consent of the Government, to respectfully request a brief, two-week extension to that deadline. This short extension is necessitated by certain personal circumstances, as well as the press of other matters, including an upcoming trial that Mr. Lustberg and I are scheduled to begin on October 2, 2023. The requested extension to the existing briefing schedule would make Mr. Lee's response brief due on September 29, 2023, and any reply by the Government due on October 14, 2023.

    As noted, I have consulted with Assistant U.S. Attorney Carolyn Silane, who has very graciously consented to this request. If the foregoing meets with Your Honor's approval, we respectfully request that the Court "So Order" this letter in the space indicated below. Of course, if Your Honor has any questions or concerns, please do not hesitate to contact Mr. Lustberg or me. We thank the Court for its very kind consideration of this request.

                              Respectfully submitted,

                              s/ Anne M. Collart
                              Anne M. Collart, Esq.

GIBBONS P.C.

September 11, 2023
Page 2

**SO ORDERED:**
This _____ day of September, 2023

_____
Honorable Cathy L. Waldor
United States Magistrate Judge

cc:     All Counsel (by ECF)