

Anne M. Collart

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4737 Fax: 973-639-8389
acollart@gibbonslaw.com

September 28, 2023

<u>VIA ECF</u>

Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>In re Extradition of Steven Lee, Mag No. 23-9089</u>

Dear Judge Waldor:

    This Firm represents Respondent Steven Lee in the above-captioned matter, which is currently pending before Your Honor. I write, with the consent of the Government, to respectfully request a brief extension of the deadline for Mr. Lee to file his response to the Government's brief in support of its extradition request pursuant to 18 U.S.C. § 3184. Currently, Mr. Lee's brief is due tomorrow, September 29, 2023. Unfortunately, due to a medical issue, about which I can advise the Court *in camera* if that would be helpful, I have been unable to complete Mr. Lee's response by the previously anticipated deadline. Therefore, I am constrained to request an extension to the existing briefing schedule to make Mr. Lee's response brief due on or before October 10, 2023, and any reply by the Government due on or before October 25, 2023.

    As noted, I have consulted with Assistant U.S. Attorney Carolyn Silane, who has very graciously consented to this request. If the foregoing meets with Your Honor's approval, we respectfully request that the Court "So Order" this letter in the space indicated below. Of course, if Your Honor has any questions or concerns, please do not hesitate to contact Mr. Lustberg or me. We thank the Court for its very kind consideration of this request.

                Respectfully submitted,

                s/ Anne M. Collart
                Anne M. Collart, Esq.

GIBBONS P.C.

September 28, 2023
Page 2

**SO ORDERED:**
This 29th day of September, 2023

_s/ Cathy L. Waldor_
Honorable Cathy L. Waldor
United States Magistrate Judge

cc: All Counsel (by ECF)