# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF<br>EXTRADITION OF<br>STEVEN LEE | Docket No. 2:23-mj-9089 (CLW)<br><br>**[PROPOSED] CONSENT ORDER** |

**THIS MATTER** having come before the Court upon the application of Respondent Steven Lee, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., and Anne M. Collart, Esq., appearing), and the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Carolyn Silane, Assistant United States Attorney, appearing) having consented to the request, and for good cause shown,

**IT IS** on this _____ day of October, 2023,

**ORDERED** that Respondent Steven Lee's conditions of release, as set forth in the March 8, 2023 Order Setting Conditions of Release, ECF No. 9, are hereby modified to permit removal of the GPS monitoring bracelet, at the discretion of Pretrial Services, from October 10, 2023, through the period during which Mr. Lee remains under medical care out of the home.

s/Cathy L. Waldor 10/11/23
United States Magistrate Judge

| | |
|---|---|
| s/Carolyn Silane | s/Anne M. Collart |
| Carolyn Silane | Anne M. Collart |
| **United States Attorney's Office** | **GIBBONS P.C.** |
| 970 Broad Street, Suite 700 | One Gateway Center |
| Newark, New Jersey 07102 | Newark, New Jersey 07102-5310 |
| Tel.: (973) 645-2700 | Tel.: (973) 596-4500 |
| Dated: October 10, 2023 | Dated: October 10, 2023 |