# **EXHIBIT 25**



March 7, 2023

To whom it may concern:

I am the General Counsel for Lone Star Global Acquisitions, LLC ("Lone Star") and have taken the opportunity to review the Complaint that has been filed in the United States District Court for the District of New Jersey, Mag. No. 23-9089 In the Matter of the Extradition of Steven Lee. Mr. Lee was an employee of a Lone Star affiliate based in Korea until 2005. I understand from my review of the Complaint that authorities in Korea have obtained an arrest warrant for Mr. Lee for his alleged participation in a scheme to embezzle money from Lone Star during his employment. That scheme is detailed in the Complaint.

In fact, in 2005, Lone Star suspected misconduct by Mr. Lee, including the very same instances alleged in the Complaint and which appear to have supported the arrest warrants in Korea. When confronted by Lone Star regarding the suspected embezzlement, Mr. Lee immediately agreed to cooperate with Lone Star's internal investigation, which he did. Subsequently, Lone Star and Mr. Lee reached a comprehensive settlement, and both parties released each other from all potential liabilities associated with Mr. Lee's employment.

As a result, Lone Star considers matters related to Mr. Lee's employment and alleged embezzlement to have been long since resolved, and Lone Star has no intention to pursue any claims or press charges against Mr. Lee.

Sincerely,

*Rebecca Smith*
Rebecca Smith
General Counsel