# EXHIBIT 26



# MID-ATLANTIC SURGICAL ASSOCIATES

Gagnon Cardiovascular Institute – Level C

100 Madison Avenue, Morristown, NJ 07962-1956

Tel: 973-971- 7300 Fax: 973-984-7019

www.heartsurgeons.com

**Morristown Office**

John M. Brown, III, M.D.

Christopher J. Magovern, M. D.

James P. Slater, M.D.

Nicholas J. Shea, M.D.

Benjamin S. van Boxtel, M.D.

**Neptune Office**

Richard M. Neibart, M.D.

David L. Johnson, M.D.

Brook A. Dejene, M.D.

Kourosh T. Asgarian, D.O.

Deepak Singh, M.D.

October 13, 2023

RE:  Steven Lee
DOB:  1/31/1969

To Whom It May Concern,

Patient, Steven Lee, presented to the emergency room at Morristown Medical Center on Saturday, October 7 with evidence of myocardial infarction.  Cardiac catheterization revealed critical coronary disease requiring urgent coronary artery bypass grafting.  Surgery was performed by Dr. James Slater on October 10, 2023.

Mr. Lee will require extensive cardiac rehab in his home for 8-12 weeks.  In addition, he will continue to have leg edema related to his vein harvesting for surgery.

Please do not reapply the ankle monitor before January 10, 2024.  Prior to that date it could hamper his recovery and could increase his fall risk.

Sincerely,

*[signature]*

Deborah E. Nile, R.N.

Cardiovascular Surgery