# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF<br>EXTRADITION OF<br>STEVEN LEE | Docket No. 2:23-mj-9089 (CLW)<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the application of Respondent Steven Lee, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., and Anne M. Collart, Esq., appearing), and the Office of Pretrial Services (Pretrial Services Officer Stephen Griggs) having indicated that it does not oppose the request; and for good cause shown,

**IT IS** on this _____ day of October, 2023,

**ORDERED** that Respondent Steven Lee's conditions of release, as set forth in the March 8, 2023 Order Setting Conditions of Release, ECF No. 9, and as modified by ECF No. 27, are hereby further modified to permit continued removal of the GPS monitoring bracelet through January 10, 2024, while Mr. Lee undergoes cardiac rehabilitation.

s/CathyL.Waldor  10/18/23
Cathy L. Waldor
United States Magistrate Judge