

Anne M. Collart

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4737 Fax: 973-639-8389
acollart@gibbonslaw.com

March 23, 2024

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: **In re Extradition of Steven Lee, Mag No. 23-9089**

Dear Judge Waldor:

  As the Court is aware, this Firm represents Respondent Steven Lee in the above-captioned matter, which is currently pending before Your Honor. We write with regard to Mr. Lee's conditions of release—specifically to request, on consent, that his current conditions be modified to add the fairly standard condition of "Mental health testing/treatment as directed by PTS." We have consulted with both the Government and Mr. Lee's Pretrial Services Officer, Stephen Griggs, and they have no objection to this application, particularly in light of Mr. Lee's physical health condition.

  Specifically, and as the Court may recall, Mr. Lee suffered a heart attack in mid-October and underwent emergency open-heart quadruple bypass surgery. Meanwhile, Mr. Lee is still undergoing cardiac rehabilitation and recovering from this major surgery, as a result of which the Court has previously modified his conditions of release to remove the requirement that he wear a GPS ankle monitor device. Last weekend, Mr. Lee experienced troubling cardiac symptoms, including elevated heart rate, light-headedness, and chest pains. He was admitted to the hospital for tests and observation, and his medical professionals spoke with him about management of anxiety and stress levels. Given his precarious cardiac condition, the stress imposed by this case, including his concerns about the conditions and treatment to which he would be subjected if extradited, is taking its effect on him. Accordingly, Mr. Lee's Pretrial Services Officer, Stephen Griggs, who has been very compassionate and helpful throughout, recommended that he receive the support of a professional counselor with experience in anxiety and trauma, and Mr. Lee has, after consultation with us, agreed to undergoing this therapy.

  As noted, we have consulted with Mr. Griggs, Mr. Lee's Pretrial Services Officer, and Assistant U.S. Attorney Carolyn Silane, both of whom have consented to this request. If the

GIBBONS P.C.

March 23, 2024
Page 2

foregoing meets with Your Honor's approval, we have provided a proposed consent order for the convenience of the Court. Of course, if Your Honor has any questions or concerns, please do not hesitate to contact us. We thank the Court for its very kind consideration of this request.

        Respectfully submitted,

        s/ Anne M. Collart
        Anne M. Collart, Esq.

        s/ Lawrence S. Lustberg
        Lawrence S. Lustberg, Esq.