# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* v. STEVEN LEE *Defendant* | MAGISTRATE JUDGE: Waldor<br>CASE NO. 23-mj-09089-CLW-1<br>DATE OF PROCEEDINGS: 4/10/24<br>DATE OF ARREST: 3/2/23 |

**PROCEEDINGS:** Extradition Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: Arguments made

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
   - [ ] UNSECURED BOND
   - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE: ___
DATE: ___
DATE: ___
DATE: ___
DATE: ___

**APPEARANCES:**

AUSA: CAROLYN A. SILANE
DEFT. COUNSEL: Lawrence Lustberg
PROBATION: ___
INTERPRETER ___ Language: ___

TIME COMMENCED: 11:15 AM
TIME TERMINATED: 12:15 pm
CD NO: ECR

- Deft location monitoring may remain off.
- Judge has reserved her decision pending further review

TIM GORMAN
DEPUTY CLERK