UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF
EXTRADITION OF
STEVEN LEE

Docket No. 2:23-mj-9089 (CLW)

**CONSENT ORDER**

**THIS MATTER** having come before the Court on the application of Respondent Steven Lee, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., and Anne M. Collart, Esq., appearing) during the April 10, 2024 proceeding in this matter, and the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Carolyn Silane, Assistant United States Attorney, appearing) having consented to the request; and the Office of Pretrial Services (Pretrial Services Officer Stephen Griggs) having consented to the request; and for good cause shown,

**IT IS** on this __10__ day of April, 2024,

**ORDERED** that Respondent Steven Lee's conditions of release, as set forth in the March 8, 2023 Order Setting Conditions of Release, ECF No. 9, and as modified by ECF Nos. 17, 20, 27, 29, 31, 35, 37, and 37, are hereby further modified to remove the requirement of GPS monitoring implemented by wearing an ankle bracelet through the remainder of these proceedings; and it is further

**ORDERED** that all other conditions of release remain in full force and effect.

s/Cathy L. Waldor ___
Cathy L. Waldor
United States Magistrate Judge