

Anne M. Collart

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4737 Fax: 973-639-8389
acollart@gibbonslaw.com

November 19, 2024

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    **In re Extradition of Steven Lee, Mag No. 23-9089**

Dear Judge Waldor:

    As the Court is aware, this Firm represents Respondent Steven Lee in the above-captioned matter, which is currently pending before Your Honor. In March 2023, Mr. Lee was released on bail subject to certain conditions, including that Mr. Lee and his sons, Jonathan and Andrew Lee, surrender their passports to the Office of Pretrial Services. *See* ECF No. 9 at 2. Those passports remain in the possession of the Office of Pretrial Services. I write, with the consent of the Government and the Office of Pretrial Services, to respectfully request the temporary release of the passport of one of Mr. Lee's sons (Jonathan Lee) in order to permit him to attend a wedding outside of the country.

    Specifically, the wedding at issue is scheduled to take place early next month. In order to attend, Jonathan plans to travel on December 1, 2024 and return on December 8, 2024. Accordingly, we request that he be permitted to collect his passport from the Office of Pretrial Services on or after Tuesday, November 26, 2024, given the upcoming Thanksgiving holidays, and return it on Monday, December 9, 2024 (the first business day after his return). All other conditions currently in effect to assure Respondent Lee's appearance will, of course, remain in effect. I note that Jonathan obtained his passport last November in order to travel outside of the country for a friend's wedding and timely returned from that travel and re-surrendered his passport without issue. As noted, I have consulted with Assistant U.S. Attorney Carolyn Silane and Mr. Lee's Pretrial Services Officer, Stephen Griggs, both of whom have very graciously consented to this request. If the foregoing meets with Your Honor's approval, we have provided a proposed consent order for the convenience of the Court. Of course, if Your Honor has any questions or

GIBBONS P.C.

November 19, 2024
Page 2

concerns, please do not hesitate to contact me. We thank the Court for its very kind consideration of this request.

    Respectfully submitted,

    s/ Anne M. Collart
    Anne M. Collart, Esq.