UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF
EXTRADITION OF
STEVEN LEE

Docket No. 2:23-mj-9089 (CLW)

**CONSENT ORDER**

**THIS MATTER** having come before the Court upon the application of Respondent Steven Lee, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., and Anne M. Collart, Esq., appearing), and the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Carolyn Silane, Assistant United States Attorney, appearing) having consented to the request; and the Office of Pretrial Services (Officer Stephen Griggs) having consented to the request, and for good cause shown,

**IT IS** on this __6___ day of December, 2024,

**ORDERED** that Respondent Steven Lee's conditions of release, as set forth in the March 8, 2023 Order Setting Conditions of Release, ECF No. 9, and as modified by ECF Nos. 27, 29, 31, 35, 37, 39, 41 and 44 are hereby further modified to permit Jonathan Lee to return his passport to the Office of Pretrial Services on Tuesday, December 10, 2024; and it is further

**ORDERED** that all other conditions of release in effect with respect to Respondent Steven Lee shall remain in full effect.

    _s/Cathy L. Waldor 12/6/24
    Honorable Cathy L. Waldor
    United States Magistrate Judge

| | |
|---|---|
| s/Carolyn Silane | s/Anne M. Collart |
| Carolyn Silane | Anne M. Collart |
| **United States Attorney's Office** | **GIBBONS P.C.** |
| 970 Broad Street, Suite 700 | One Gateway Center |
| Newark, New Jersey 07102 | Newark, New Jersey 07102-5310 |
| Tel.: (973) 645-2700 | Tel.: (973) 596-4500 |
| Dated: December 6, 2023 | Dated: December 6, 2023 |