## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN THE MATTER OF
EXTRADITION OF
STEVEN LEE

Docket No. 2:23-mj-9089 (CLW)

**[PROPOSED] ORDER**

**THIS MATTER** having come before the Court on the application of Respondent Steven Lee, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., and Anne M. Collart, Esq., appearing) and the United States, by Vikas Khanna, Acting United States Attorney for the District of New Jersey (Carolyn Silane, Assistant United States Attorney, appearing) having consented to the request to modify home incarceration to home detention and taken no position on the request to substitute collateral; and the Office of Pretrial Services (Pretrial Services Officer Stephen Griggs) having consented to the request to modify home incarceration to home detention and taken no position on the request to substitute collateral other than to verify that the requested documentation is sufficient; and for good cause shown,

**IT IS** on this ____ day of January, 2025,

**ORDERED** that Respondent Steven Lee's conditions of release, as set forth in the March 8, 2023 Order Setting Conditions of Release, ECF No. 9, and as modified by ECF Nos. 17, 20, 27, 29, 31, 35, 37, 37, 41, 44, 46, and 47 are hereby further modified to remove the condition that Mr. Lee be subject to home incarceration and replace it with the requirement that he be subject to home detention, which provides that he shall be restricted to his residence at all times except the following: education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, and any other activities pre-

approved by the Office of Pretrial Services. Additionally, stationary and verifiable employment is permitted. Mr. Lee may attend religious services and activities 10 times per week; and it is further

**ORDERED** that the artwork currently serving as collateral to partially secure the appearance bond in this matter shall be replaced by the following titles, to be held in trust by counsel for Mr. Lee, and with a total purchase price of $2,825,000: Poncho Pikkachu by Katherine Bernhardt; 17,2022 by Huma Bhaba; Untitled, 2022 by Huma Bhaba; For the Greater Good by Reggie Burrows Hodges; Bodyscape by Lee Kun Yong; Eros Hog by Emma McIntyre; Bombs Over Biafra by Odili Donald Odita; Our Sympathies by Dani Orchard; Trees by Nicholas Party; Illusionexus by Alan Saret; Tiradero by Mindy Shapero; Embrace by Emily Mae Smith; Good Times by Jansson Stegner; Hologram XXI by James Turrell; and Artist's Model by Lisa Yuskavage; and it is further

**ORDERED** that all other conditions of release remain in full force and effect.

_____
Cathy L. Waldor
United States Magistrate Judge