

Anne M. Collart

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4737 Fax: 973-639-8389
acollart@gibbonslaw.com

February 14, 2024

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **In re Extradition of Steven Lee, Mag No. 23-9089**

Dear Judge Waldor:

As the Court is aware, this Firm represents Respondent Steven Lee in the above-captioned matter, which is currently pending before Your Honor. In March 2023, Mr. Lee was released on bail subject to certain conditions, including that he and his sons, Jonathan and Andrew Lee, surrender their passports to the Office of Pretrial Services. *See* ECF No. 9 at 2. Those passports remain in the possession of the Office of Pretrial Services, although they have been temporarily released and timely returned to accommodate travel plans on a number of occasions since that date. I write, with the consent of the Government, to respectfully request the temporary release of the passport of one of Mr. Lee's sons (Andrew Lee) in order to permit him to attend a work event outside of the country.

Specifically, Andrew Lee has a work event that is scheduled to take place later this month in Canada. In order to attend, Andrew plans to travel on Wednesday, February 26, 2025, and return on Friday, February 28, 2025. Accordingly, we request that he be permitted to collect his passport from the Office of Pretrial Services up to two days before his travel and return it the first business day after his return. All other conditions currently in effect to assure Respondent Lee's appearance will, of course, remain in effect. I note that Andrew Lee obtained his passport for a similar work retreat this same time last year. Andrew returned from that travel and timely re-surrendered his passport without issue. As noted, I have consulted with Assistant U.S. Attorney Carolyn Silane, who has very graciously consented to this request. If the foregoing meets with Your Honor's approval, we have provided a proposed consent order for the convenience of the Court. Of course, if Your Honor has any questions or concerns, please do not hesitate to contact me. We thank the Court for its very kind consideration of this request.

Respectfully submitted,

s/ Anne M. Collart
Anne M. Collart, Esq.