

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731
llustberg@gibbonslaw.com

August 7, 2025

**VIA ECF AND EMAIL**

Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: *In the Matter of Extradition of Steven Lee*
      **Dkt. No. 2:23-mj-9089 (CLW)**

Dear Judge Waldor:

  As Your Honor is aware, this Firm represents Respondent Steven Lee in the above-referenced matter, in which the Court entered a Memorandum Order yesterday denying the Government's motion to extradite Mr. Lee. ECF No. 54. In March 2023, Mr. Lee was released on bail subject to certain conditions, which have been modified by Court order in the intervening years. In light of the Court's Order, Mr. Lee respectfully requests that the Court vacate all conditions of bail. We have been in touch with the United States Office of Pretrial Services, which does not oppose this request, but wished for us to make this request, in the interests of clarity.

  Specifically, in March 2023, Mr. Lee was released into his wife's and son's custody, subject to home incarceration, meaning that he has remained unable to leave his house for the almost two-and-a-half years since that time, other than for limited approved purposes, such as medical appointments, pre-approved meetings with counsel, or to attend church. *See* ECF Nos. 9, 17. In addition, at the time of his release, Mr. Lee executed an appearance bond in the amount of $10,000,000, which was co-signed by his son and secured by two properties, one located in New Jersey and one in New York City, as well as certain fine art. *See* ECF Nos. 9, 10, 51. Finally, the Office of Pretrial Services currently holds Mr. Lee's and his wife's passports. *Id.* at 2, 53. With the Court's ruling yesterday, this matter is effectively concluded and Mr. Lee accordingly respectfully requests that the Court enter an order directing that the bonds be released and that all of Mr. Lee's bail conditions be vacated.

GIBBONS P.C.

Honorable Cathy L. Waldor, U.S.M.J.
August 7, 2025
Page 2

    Mr. Lee thanks the Court in advance for its attention to this request and for its kind and careful consideration of this case. If the Court has any questions or concerns with regard to this matter, please do not hesitate to contact us.

                                                Respectfully submitted,

                                                s/Lawrence S. Lustberg
                                                Lawrence S. Lustberg

                                                s/Anne M. Collart
                                                Anne M. Collart

cc:    Assistant U.S. Attorney Carolyn Silane (via ECF)
       U.S. Pretrial Services Officer Stephen Griggs (via email)